**ORIGINAL FILED**

2007 DEC 12  P 2: 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

(Name, address, and phone number of applicant) Steven L. Herrick, Esq., Tully, Rinckey & Associates, PLLC, 3 Wembley Court, Albany, New York, 12205, 518-218-7100

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

FREDERICK N. BURGENER,

Plaintiff(s),

v.

UNION PACIFIC CORPORATION,

Defendant(s).

CASE NO. 5:07-cv-05160-HRL

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, STEVEN L. HERRICK, ESQ., an active member in good standing of the bar of the Northern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing the plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Daniel M. Mayfield, Esq., Carpenter & Mayfield
Carpenter & Mayfield, 730 N. 1st Street, San Jose, CA 95112

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/10/07