**FILED**
DEC 13 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**
RECEIVED
2007 DEC 12 PM 2:33
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FREDERICK N. BURGENER,

Plaintiff(s),

v.

UNION PACIFIC CORPORATION,

Defendant(s).

CASE NO. 5:07-cv-05160-HRL

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Steven L. Herrick, an active member in good standing of the bar of the Northern District of New York (particular court to which applicant is admitted) whose business address and telephone number is 3 Wembley Court, Albany, New York, 12205; (518) 218-7100, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the plaintiff, Frederick N. Burgener

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12/13/07

Hon. Howard R. Lloyd
United States Magistrate Judge