UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

FREDERICK N. BURGENER,

                Plaintiff,        Civil Action No. 5:07-cv-05160-HRL

     -against-

UNION PACIFIC CORPORATION,

                Defendant.

_____

CERTIFICATE OF SERVICE

     I hereby certify that on January 23, 2008, I mailed a copy of the Request for Continuance of Initial Case Management Conference and Order by first class mail to the following on behalf of defendant Union Pacific Corp.:

Randolph Cregger & Chalfant LLP
The Achelle Bldg
1030 G St
Sacramento CA 95814

                                                          /s/ Steven L. Herrick