1  RANDOLPH, CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, ESQ., State Bar No. 124404
2  tac@randolphlaw.net
   STEPHANIE L. QUINN, ESQ., State Bar No. 216655
3  slq@randolphlaw.net
   1030 G Street
4  Sacramento, California 95814
   Telephone:  (916) 443-4443
5  Facsimile:   (916) 443-2124

6  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
7  (sued herein as UNION PACIFIC CORPORATION)

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13  FREDERICK N. BURGENER,                  No.  C 07 05160 HRL

14           Plaintiff,                     CERTIFICATION AS TO
                                            INTERESTED PARTIES
15      vs.

16  UNION PACIFIC CORPORATION,

17           Defendants.
                                        /
18

19      The undersigned, counsel of record for Defendant UNION PACIFIC RAILROAD

20  COMPANY (sued herein as UNION PACIFIC CORPORATION), certifies that the following

21  listed parties may have a pecuniary interest in the outcome of this case.  These representations

22  are made to enable the Court to evaluate possible disqualification or recusal.

23      <u>Party</u>                                          <u>Connection/Interest</u>

24  UNION PACIFIC CORPORATION          Parent Company of Union
                                       Pacific Railroad Company
25
    DATED: February 13, 2008           RANDOLPH CREGGER & CHALFANT LLP
26

27                                     By     /s/ THOMAS A. CREGGER
                                              THOMAS A. CREGGER
28                                     Attorney for Said Defendant

-1-