| | |
|---|---|
| 1 | STEPHANIE L. QUINN, ESQ. - SBN 216655 |
| 2 | THOMAS A. CREGGER, ESQ. - SBN 124402<br>RANDOLPH CREGGER & CHALFANT LLP |
| 3 | 1030 G Street<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 443-4443<br>Facsimile: (916) 443-2124 |
| 5 | Attorneys for Defendant |
| 6 | UNION PACIFIC RAILROAD COMPANY<br>(sued herein as UNION PACIFIC CORPORATION) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FREDERICK N. BURGENER, | | No. C 07 05160 HRL |
| | Plaintiff, | **STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND ORDER THEREON** |
| vs. | | |
| UNION PACIFIC CORPORATION, | | |
| | Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties hereto, through their attorneys of record, that defendant UNION PACIFIC RAILROAD COMPANY (sued herein as UNION PACIFIC CORPORATION) may amend its answer to plaintiff's second amended complaint to include affirmative defenses which were inadvertently omitted from its original answer.  A

//

//

//

//

1 | copy of the amended answer is attached hereto as Exhibit A.

2 | Dated: February 14, 2008          RANDOLPH CREGGER & CHALFANT LLP

3 |

4 |                                    By  /s/ STEPHANIE L. QUINN
                                           STEPHANIE L. QUINN
5 |                                        Attorneys for Defendant UNION PACIFIC
                                           RAILROAD COMPANY
6 |

7 | DATED: February 14, 2008          TULLY, RINCKEY & ASSOCIATES, P.L.L.C.

8 |

9 |                                    By    /s/ STEVEN L. HERRICK
                                             STEVEN L. HERRICK
                                             Attorneys for Plaintiff
10 |

11 |

12 |

13 |                                   ORDER

14 |     IT IS HEREBY ORDERED that Defendant UNION PACIFIC RAILROAD COMPANY

15 | (sued herein as UNION PACIFIC CORPORATION) may file an amended answer to plaintiff's

16 | second amended complaint.

17 | DATED: _____

18 |                                    _____

19 |                                    UNITED STATES DISTRICT JUDGE

20 |

21 |

22 |

23 |

24 |

25 |

26 |