# PROOF OF SERVICE

**CASE:** *Burgener v. Union Pacific Railroad Company*, Case No. 5:07-cv-05160-HRL
**COURT:** USDC, Northern District of California, San Jose Division

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION TO FILE AMENDED ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND ORDER THEREON** on all parties in said action as addressed below by causing a true copy thereof to be:

xx    **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

___    **delivered by hand**:

___    **telecopied by facsimile**:

___    **express mailed**:

Daniel M. Mayfield, Esq.
Carpenter & Mayfield
730 N 1st Street
San Jose, CA 95112
Phone: (408) 287-1916
Fax: (408) 287-9857

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this February 14, 2008, Sacramento, California.

/s/ SUSAN R. DARMS
SUSAN R. DARMS

- 1 -
ANSWER TO SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL