UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FREDERICK N. BURGENER

          Plaintiff(s),

v.

UNION PACIFIC CORPORATION

          Defendant(s).
_____/

Case No. 07-cv-05160 HRL

ADR CERTIFICATION BY PARTIES
AND COUNSEL

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/19/08                                                     /s/ Frederick N. Burgener
                                                                                    [Party]

Dated: 2/19/08                                                       /s/ Steven L. Herrick
                                                                                     [Counsel]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

FREDERICK N. BURGENER,

        Plaintiff,        Civil Action No. 5:07-cv-05160-HRL

  -against-

UNION PACIFIC CORPORATION,

        Defendant.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on February 19, 2008, I caused to be electronically filed with the Clerk of the District Court the ADR Certification by Parties and Counsel in the above referenced action using the CM/ECF system which sent notice of such filing to the following:

Thomas A. Cregger (tac@randolphlaw.net)
Attorney for Defendant

Stephanie Lynn Quinn (slq@randolphlaw.net)
Attorney for Defendant

    I hereby further certify that I have mailed the aforementioned document to the following non-CM/ECF participants by first class mail:

None

                                        /s/ Steven L. Herrick