UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Frederick N. Burgener,<br><br>    Plaintiff,<br><br>  v.<br><br>Union Pacific Corporation,<br><br>    Defendant.<br>_____/ | No. C07-05160<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for March 11, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: February 27, 2008

RICHARD W. WIEKING,
United States District Court

    */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Thomas A. Cregger    tac@randolphlaw.net, bmurch@randolphlaw.net, sdarms@randolphlaw.net

Steven L. Herrick    SHerrick@tullylegal.com

Stephanie Lynn Quinn    slq@randolphlaw.net

Daniel M Mayfield
Carpenter & Mayfield
730 North 1st Street
San Jose, CA 95112