UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK N. BURGENER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNION PACIFIC CORPORATION et al,<br><br>    Defendant.<br>_____/ | Case Number: CV07-05160 JF<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Daniel M Mayfield
Carpenter & Mayfield
730 North 1st Street
San Jose, CA 95112


Dated: February 29, 2008

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　By: Tiffany Salinas-Harwell, Deputy Clerk