# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Burgener,<br><br>            Plaintiff(s),<br><br>     v.<br><br>Union Pacific Corporation,<br><br>            Defendant(s). | 07-05160 JF MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>   **Martin H. Dodd**
>   Futterman & Dupree, LLP
>   160 Sansome St., 17th Fl.
>   San Francisco, CA 94104
>   415-399-3840
>   Martin@dfdlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05160 JF MED                                             - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: March 5, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov