UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK BURGENER,<br>　　　　　Plaintiff,<br>V.<br>UNION PACIFIC CORPORATION,<br>　　　　　Defendant.<br>_____ | Case Number CV-07-5160-JF<br><br>Case Management Conference<br><br>April 25, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

A Case Management Conference has been set on April 25, 2008 at 10:30 a.m.

before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the

5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

March 13, 2008　　　　　　　　　　　　For the Court
　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk


　　　　　　　　　　　　　　　　　　　　By:　/s/
　　　　　　　　　　　　　　　　　　　　Diana Munz
　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk