UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

FREDERICK N. BURGENER,

              Plaintiff,           Case No. 5:07-cv-05160 JF HRL

      -against-


UNION PACIFIC CORPORATION,

              Defendant.


_____

CERTIFICATE OF SERVICE

        I hereby certify that on April 23, 2008, I caused to be electronically filed with the Clerk of the District Court the Plaintiff's Notice Of Appearance By Telephone At Case Management Conference in the above referenced action using the CM/ECF system which sent notice of such filing to the following:

Thomas A. Cregger (tac@randolphlaw.net)
Attorney for Defendant

Stephanie Lynn Quinn (slq@randolphlaw.net)
Attorney for Defendant

        I hereby further certify that I have mailed the aforementioned document to the following non-CM/ECF participants by first class mail:

None



                      /s/ Steven L. Herrick