UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, April 25, 2008
**Case Number:** CV-07-5160-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

| TITLE: | FREDERICK BURGENER | V. UNION PACIFIC CORPORATON |
|---|---|---|
| | PLAINTIFF | DEFENDANT |
| | **Attorneys Present:** Steven Herrick | **Attorneys Present:** Stephanie Quinn |

PROCEEDINGS:
   Case management conference held. Parties are present. Continued to 6/13/08 at 10:30 a.m. for further case management conference.