```
                                    FILED
                                    MAY 2 1 2008
                                    RICHARD W. WIEKING
                                    CLERK U.S. DISTRICT COURT
                                    NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Burgener,<br><br>    Plaintiff(s),<br><br>v.<br><br>Union Pacific Corporation,<br><br>    Defendant(s). | No. C 07-05160 JF MED<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __5/15/08__

2. Did the case settle?       ☐ fully       ☐ partially       ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☒ another session ~~scheduled for (date)~~ _possibly - after parties do further analysis_

   ☐ phone discussions expected by (date) _____

   ☐ no

4. IS THIS ADR PROCESS COMPLETED?       ☒ YES       ☐ NO
   _(subject to request for later session)_

   Dated: __5/16/08__        _____[signature]_____
                             Mediator, Martin H. Dodd
                             Futterman & Dupree, LLP
                             160 Sansome St., 17th Fl.
                             San Francisco, CA 94104

**Certification of ADR Session**
07-05160 JF MED