STEPHANIE L. QUINN, ESQ. - SBN 216655
THOMAS A. CREGGER, ESQ. - SBN 124402
RANDOLPH CREGGER & CHALFANT LLP
1030 G Street
Sacramento, CA 95814
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY
(sued herein as UNION PACIFIC CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FREDERICK N. BURGENER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC CORPORATION,<br><br>    Defendants.<br>_____/ | No. C 07 05160 JF HRL<br><br>**NOTICE OF APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: June 13, 2008<br>Time: 10:30 A.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant UNION PACIFIC RAILROAD COMPANY will appear by telephone at the Case Management Conference on June 13, 2008 at 10:30 a.m. before the Honorable Jeremy Fogel.

Dated: June 2, 2008                RANDOLPH CREGGER & CHALFANT LLP


By  /s/ STEPHANIE L. QUINN
    STEPHANIE L. QUINN
    Attorneys for Defendant UNION PACIFIC
    RAILROAD COMPANY

-1-
NOTICE OF APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE

## PROOF OF SERVICE

**CASE:** *Burgener v. Union Pacific Railroad Company*, Case No. 5:07-cv-05160-HRL
**COURT:** USDC, Northern District of California, San Jose Division

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **NOTICE OF APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** on all parties in said action as addressed below by causing a true copy thereof to be:

xx    **placed in a sealed envelope** with postage thereon fully
          prepaid in the designated area for outgoing mail:

___    **delivered by hand**:

___    **telecopied by facsimile**:

___    **express mailed**:

Daniel M. Mayfield, Esq.
Carpenter & Mayfield
730 N 1st Street
San Jose, CA 95112
Phone: (408) 287-1916
Fax: (408) 287-9857

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this June 2, 2008, Sacramento, California.

/s/ SUSAN R. DARMS
SUSAN R. DARMS

-1-