STEVEN L. HERRICK, ESQ.
TULLY RINCKEY P.L.L.C.
1800 K Street N.W. Ste. 1110
Washington, DC 20006
Telephone: (202) 787-1900
Facsimile: (202) 223-8422
E-Mail: sherrick@tullylegal.com
Appearance *Pro Hac Vice* for Plaintiff
FREDERICK N. BURGENER

UNITED STATES DISCTRIC COURT

NORTHERN DISCTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FREDERICK N. BURGENER | Case No.: 5:07-cv-05160 JF HRL |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE BY TELEPHONE AT CASE MANAGEMENT CONFERENCE** |
| UNION PACIFIC CORPORATION, | Date: June 13, 2008 |
| Defendant. | Time: 10:30 A.M. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Frederick N. Burgener will appear by telephone at the Case Management Conference on June 13, 2008 at 10:30 a.m. before the Honorable Jeremy Fogel.

Dated: June 3, 2008

                                                  TULLY RINCKEY P.L.L.C.

                                                  By: /s/ Steven L. Herrick
                                                       Steven L. Herrick
                                                       Appearance *Pro Hac Vice* for
                                                       Plaintiff Frederick N. Burgener