UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

FREDERICK N. BURGENER,

            Plaintiff,        Case No. 5:07-cv-05160 JF HRL

    -against-

UNION PACIFIC CORPORATION,

            Defendant.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on June 12, 2008, I caused to be electronically filed with the Clerk of the District Court the Joint Case Management Statement in the above referenced action using the CM/ECF system which sent notice of such filing to the following:

Thomas A. Cregger (tac@randolphlaw.net)
Attorney for Defendant

Stephanie Lynn Quinn (slq@randolphlaw.net)
Attorney for Defendant

    I hereby further certify that I have mailed the aforementioned document to the following non-CM/ECF participants by first class mail:

None

                                                            /s/ Steven L. Herrick