**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, June 13, 2008
**Case Number:** CV-07-5160-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

| TITLE: | FREDERICK BURGENER | V. UNION PACIFIC CORPORATON |
|---|---|---|
| | PLAINTIFF | DEFENDANT |

| Attorneys Present: Steven Herrick | Attorneys Present: Stephanie Quinn |
|---|---|

---

PROCEEDINGS:
    Further case management conference held. Parties are present. The Court adopts the proposed case schedule. The case is set for jury trial on 5/11/09 at 1:30 p.m. and pretrial conference on 3/27/09 at 11:00 a.m.