**\*E-FILED 11/20/2008\***

1  STEPHANIE L. QUINN, ESQ. - SBN 216655
   THOMAS A. CREGGER, ESQ. - SBN 124402
2  RANDOLPH CREGGER & CHALFANT LLP
   1030 G Street
3  Sacramento, CA 95814
   Telephone: (916) 443-4443
4  Facsimile: (916) 443-2124

5  Attorneys for Defendant
   UNION PACIFIC RAILROAD COMPANY
6  (sued herein as UNION PACIFIC CORPORATION)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FREDERICK N. BURGENER | No. C 07 05160 JF HRL |
|---|---|
| Plaintiff, | **STIPULATION RE PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** |
| vs. | |
| UNION PACIFIC CORPORATION, | |
| Defendants. | **(MODIFIED BY THE COURT)** |

This agreement is entered into by and between the undersigned attorneys on behalf of their respective clients, FREDERICK N. BURGENER ("Plaintiff") and UNION PACIFIC RAILROAD COMPANY, a corporation ("Defendant").

    1.    Plaintiff and Defendant (hereinafter "Parties") have requested the production of military records for inspection and copying in conjunction with discovery in this litigation, and,

    2.    These military records include sensitive information including employee personnel records, employee earnings records, medical records, and financial records (hereinafter "Confidential Material").

3. Copies of Confidential Material will be designated "Confidential."

4. Confidential documents, all copies thereof, and any summaries, charts or notes made therefrom, and any facts or information contained therein or derived therefrom, shall be disclosed only to the Court and/or to: (a) the parties; (b) counsel for the parties hereto and their agents, employees, paralegals, or other secretarial and clerical employees or agents; (c) experts or consultants retained by one or more of the parties to this action or their counsel, to assist in preparation of this action for trial; (d) deponents and their counsel; (e) stenographic reporters and videographers who are involved in depositions, the trial or any hearings or proceedings before the Court in this action; and (f) witnesses at the trial of this action.

5. **Unless otherwise ordered by the court,** No person authorized hereunder to view copies of Confidential Material, or to make notes therefrom, may disclose any portion of the subject matter or contents of either to any person not authorized hereunder.

6. The Confidential Material, copies of any portion of the Confidential Material itself, and all notes arising from examination of said Confidential Material, as well as discussions of the contents thereof, shall be used only in connection with the instant case, and shall not be used in connection with any other lawsuit or for any other purpose whatsoever, unless such Confidential Material is independently discovered in another proceeding. Within 180 days following the conclusion of this action, including appeals, if any, the parties and their counsel, shall destroy all Confidential Materials and provide notice to the other parties' attorneys of record.

7. This Protective Order is without prejudice to reconsideration by the Court as discovery continues.

8. The Parties may request that Confidential Material be filed under seal. However any such request shall be ~~subject to approval by the court, for good cause, upon noticed motion.~~ **made in compliance with Civil Local Rule 79-5.**

9. Any Party may move the Court for relief from, or modification of, this order at any time, and each Party hereto reserves the right to contend in any such motion that documents produced by another Party and information contained therein are not confidential. **In any challenge to confidentiality, the burden of persuasion shall be on the party claiming confidentiality.** The stipulation

1 | does not constitute an admission as to the admissibility of any Confidential Material at trial.

2 |     10.    The Parties agree to act in good faith in designating Confidential Material and agree not to use this Stipulation for any purpose other than as stated herein.

IT IS SO STIPULATED.

DATED: November 18, 2008        TULLY RINCKEY P.L.L.C.

By  /s/ STEVEN L. HERRICK
    STEVEN L. HERRICK
Attorneys for Plaintiff
FREDERICK N. BURGENER

DATED: November 18, 2008        RANDOLPH CREGGER & CHALFANT LLP

By  /s/ STEPHANIE L. QUINN
STEPHANIE L. QUINN
Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

## PROOF OF SERVICE

**CASE:** *Burgener v. Union Pacific Railroad Company*, Case No. 5:07-cv-05160-JF HRL
**COURT:** USDC, Northern District of California, San Jose Division

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION RE PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** on all parties in said action as addressed below by causing a true copy thereof to be:

 X    **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail:

_____ **delivered by hand**:

_____ **telecopied by facsimile**:

_____ **express mailed**:

<u>Co-Attorneys for Plaintiff</u>
Daniel M. Mayfield, Esq.
Carpenter & Mayfield
730 N 1st Street
San Jose, CA 95112
Phone: (408) 287-1916
Fax: (408) 287-9857

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 19, 2008 at Sacramento, California.

                                            /s/   SUSAN  R.  DARMS
                                                  SUSAN R. DARMS

| | |
|---|---|
| 1 | STEPHANIE L. QUINN, ESQ. - SBN 216655 |
| 2 | THOMAS A. CREGGER, ESQ. - SBN 124402<br>RANDOLPH CREGGER & CHALFANT LLP |
| 3 | 1030 G Street<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 443-4443<br>Facsimile: (916) 443-2124 |
| 5 | Attorneys for Defendant |
| 6 | UNION PACIFIC RAILROAD COMPANY<br>(sued herein as UNION PACIFIC CORPORATION) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| FREDERICK N. BURGENER | | No. C 07 05160 JF HRL |
| Plaintiff, | | [~~PROPOSED~~] ORDER ON STIPULATION RE PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY |
| vs. | | |
| UNION PACIFIC CORPORATION, | | |
| Defendants. | | |

FOR GOOD CAUSE APPEARING, the Court enters the Stipulation Re Protective Order **(as modified by the court)** Concerning Confidential military records Produced in Discovery as an order of the Court. **For a period of six months after the final termination of this action, this court shall retain** ~~DATED~~: _____ **jurisdiction to enforce the protective order.**

Dated:  November 20, 2008

　　　　　　　　　　　　　　　　　　　　　　/s/ Howard R. Lloyd
　　　　　　　　　　　　　　　　　　UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE

- 1-

~~[PROPOSED]~~ ORDER RE STIP. RE PROTECTIVE ORDER

# PROOF OF SERVICE

**CASE:** *Burgener v. Union Pacific Railroad Company*, Case No. 5:07-cv-05160-JF HRL
**COURT:** USDC, Northern District of California, San Jose Division

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[PROPOSED] ORDER ON STIPULATION RE PROTECTIVE ORDER CONCERNING CONFIDENTIAL DOCUMENTS PRODUCED IN DISCOVERY** on all parties in said action as addressed below by causing a true copy thereof to be:

  X    **placed in a sealed envelope** with postage thereon fully
         prepaid in the designated area for outgoing mail:

___    **delivered by hand**:

___    **telecopied by facsimile**:

___    **express mailed**:

<u>Co-Attorneys for Plaintiff</u>
Daniel M. Mayfield, Esq.
Carpenter & Mayfield
730 N 1st Street
San Jose, CA 95112
Phone: (408) 287-1916
Fax: (408) 287-9857

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this November 19, 2008 at Sacramento, California.

                                /s/  SUSAN  R.  DARMS
                                    SUSAN R. DARMS